


# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

April 10, 1939

Honorable Paul L. Wakefield
Executive Secretary
The Texas World's Fair Commission, Inc.
Austin, Texas

Dear Sir:

Opinion No. O-555 .
Re: May State Departments
assist the Texas World's
Fair Commission, Inc.,
by furnishing a limited
staff, salaries to be
paid by the State of Tex-
as, to man the Texas Ex-
hibit at the New York
World's Fair?

Your request for an opinion, as to whether of not the State Departments may furnish and pay a limited staff to conduct the Texas Exhibit at the New York World's Fair, has been received.

It is the opinion of this department that the proposal outlined in your letter of March 27th. violates Section 6 of Article XVI of the Texas Constitution, which provides that no appropriation shall be made for private or individual purposes, and that it also viola- tes Section 50 of Article III of the Texas Constitution, which prohibits the Legislature from giving or lending, or authorizing the giving or lending, of the credit of the State in aid of or to any person, association or corporation, or from pledging the credit of the State in any manner whatsoever for the payment of the liabil- ities of any individual, association of individuals, or corporation.

Hon. Paul L. Wakefield, April 10, 1939, page 2.


In view of these Constitutional provisions, the Legislature of the State of Texas cannot by Resolution or bill provide for the payment of salaries from state funds to state officials or employees who are assisting in the conduct of a purely private enterprise. We appreciate the fact that there is a public interest involved in the maintainance of this exhibit, but public interest is not sufficient, standing alone, to create a public purpose.

Yours very truly

ATTORNEY GENERAL OF TEXAS

BY

Ross Carlton
Assistant

RC:jm

APPROVED:

ATTORNEY GENERAL OF TEXAS